# Third District Court of Appeal

## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-503
Lower Tribunal No. 09-77085
_____

**Edie Laquer,**
Appellant,

vs.

**Citizens Property Insurance Corporation, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Alvarez, Feltman, Da Silva & Costa, PL, and Paul B. Feltman, for appellant.

Franklin Legal Group, PA, and Jonathan Franklin, for appellee.

Before LOGUE, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.